```
                    FILED      ____ LODGED
                    RECEIVED   ____ COPY

                       AUG 0 7 2006

                 CLERK U S DISTRICT COURT
                   DISTRICT OF ARIZONA
                 BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN THE MATTER OF THE EXTRADITION OF<br><br>Savita Sharma, and<br>Chander Mohan Sharma | 06-0271m-1<br>ORDER |
|---|---|

The Court having received the Complaint filed on July 24, 2006, by Bill C. Solomon, Assistant United States Attorney for the District of Arizona, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for the arrest and extradition of Savita and Chander Mohan Sharma, and affidavits executed by Savita and Chander Mohan Sharma and witnessed by their attorneys, Gerald A. Williams and Dana Carpenter;

And, further the Court having been advised in open session that Savita Sharma is a fugitive from the justice of the Government of Canada; that Savita Sharma is aware that the Government of Canada has filed charges against her and has obtained a warrant for her arrest; that she has reviewed the Complaint filed by the United States Attorney for this judicial district; that she has been fully advised of thier rights in this country pursuant to the extradition treaty in force between the United States and Canada, and pursuant to the applicable sections of Title 18, United States Code; and it is further

1    ORDERED, ADJUDGED AND DECREED, that the United States Marshal for the
2 District of Arizona shall deliver to the duly authorized representatives of the Government of
3 Canada the persons of Savita ~~and Chander Mohan~~ VAM Sharma for the purpose of transporting
4 ~~them~~ her VAM from this District to the Territory of Canada to be held for trial or other disposition;

5    It is further ORDERED, ADJUDGED AND DECREED that the transfer of physical
6 custody of Savita ~~and Chander Mohan~~ Sharma shall be at such time and place as mutually
7 agreed upon by the United States Marshal for the District of Arizona and the duly authorized
8 representative of Canada.

9    The Clerk of the Court is directed to forward a certified copy of this Order to the United
10 States Secretary of State and to the Attorney General of the United States in Washington,
11 D.C.

12    SO ORDERED.

14    DATED this 8th day of August, 2006.

VIRGINIA A. MATHIS
United States Magistrate Judge